FILED

1    Mohammed Osman, Esq. (SBN 213107)
     MOHAMMED OSMAN LAW OFFICE
2    405 14th Street, Suite 812
     Oakland, California 94612
3    Telephone: (510) 832-3534
     Facsimile: (510) 832-3534
4    E-mail: osmanlaw@sbcglobal.net

5    Attorney for Plaintiff
     Elias B. Girma                    E-filing
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
                                    CO7-04527    EDL
11   ELIAS B. GIRMA                   Case No.:

12          Plaintiff,                                                    ADR
                                      PETITION FOR HEARING ON
13   vs.                              NATURALIZATION APPLICATION UNDER
                                      *8 U.S.C. § 1447 (b), INA § 336 (b) and 28 U.S.C. §*
14   *David Still,* in his official capacity as Director, U.S. *1361.*
     Citizenship and Immigration Services, San
15   Francisco District; *Michael Chertoff*, in his official
     capacity as Secretary of the Department of
16   Homeland Security; *Dr. Emilio T. Gonzalez*, in his
     official capacity as Director of U.S. Citizenship and
17   Immigration Services; and *Christina Poulos*, in her
     official capacity as Director of U.S. Citizenship and
18   Immigration Services, California Service Center

19          Defendants.

20

21          COME NOW Elias B. Girma, Plaintiff in the above captioned matter and for cause of action

22   would show unto the court the following:

23
                                              1
24   _____
     CASE NO.:                                PETITION FOR HEARING ON NATURALIZATION APPLICATION

25

1   1.   This action is brought for a hearing to decide Plaintiff, Elias Girma's, naturalization application

2   due to Defendant's failure to adjudicate the application within 120 days after the first examination in

3   violation of the Immigration and Nationality Act (hereinafter referred as "INA") Section 336 (b),

4   8 C.F.R. § 335.3 and   8 U.S.C. §1447 (b).

5                                        **PARTIES**

6   2.   Plaintiff Elias B. Girma is a citizen of Ethiopia.  He is a lawful permanent resident of the

7   United States, and he resides in San Jose, California **(Exhibit 1).** Plaintiff applied for naturalization

8   with USCIS and passed his examination on April 7, 2004. His naturalization application has not been

9   adjudicated.

10  3.   Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS),

11  and this action is brought against him in his official capacity. He is generally charged with

12  enforcement of the Immigration and Nationality Act under which lawful permanent residents are

13  naturalized as United States Citizens, and is further authorized to delegate such powers and authority to

14  subordinate employees of the DHS. 8 U.S.C. § 1103 (a) and 8 C.F.R. 2.1.

15  4.   Defendant Dr. Emilio T. Gonzalez is the Director of U.S. Citizenship and Immigration Services

16  (USCIS), an agency with the DHS to whom the Secretary's authority has in part been delegated and is

17  subject to the Secretary's supervision. Defendant Director Dr. Gonzalez is generally charged with the

18  overall administration of benefits and immigration services under which lawful permanent residents

19  are naturalized as United States Citizens and is sued here in his official capacity. 8 C.F.R. §100.2 (a).

20  5.   Defendant Christina Poulos is the Director of U.S. Citizenship and Immigration Services,

21  California Service Center. Defendant is an official of the United States Citizenship and Immigration

22  Services generally charged with supervisory authority over all operations of the USCIS within the

23  California Service Center.  C.F.R. §100.4 (a).  Defendant is further charged with the powers and

                                          2

24
CASE NO.:                                          PETITION FOR HEARING ON NATURALIZATION APPLICATION

25

1  authority to accept and process Naturalization Applications in California and is sued here in her

2  official capacity. Plaintiff's Naturalization Application (N-400) was filed on June 30, 2003 with the

3  California Service Center which is headed by Defendant Christina Poulos.

4  6.    Defendant *David Still* is the Director of U.S. Citizenship and Immigration Services, San

5  Francisco District. Defendant is an official of the United States Citizenship and Immigration Services

6  generally charged with supervisory authority over all operations of the USCIS within his District

7  including the authority to adjudicate naturalization applications. 8 C.F.R. § 310.2, 8 C.F.R. § 100.4 (b)

8  (13) and 8 C.F.R. § 100.2 (d) (2) (ii). Defendant Director is the Official with whom plaintiff's

9  naturalization application is currently pending **(Exhibit 2).**

10                          **JURISDICTION**

11  7.    Plaintiff is a lawful permanent resident of the United States, whose application for

12  naturalization has been unlawfully and unreasonably delayed for more than three years. This court has

13  subject matter jurisdiction over this action under 28 U.S.C. §1331 because Plaintiff's claim arise under

14  the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 *et. Seq.,* and regulations arising there

15  under. This court also has jurisdiction under 8 U.S.C. § 1447 (b) and INA § 336 (b) to adjudicate the

16  naturalization applications of Plaintiff because the responsible agency, the United States Citizenship

17  and Immigration Service, has failed to adjudicate the application despite the passage of more than 120

18  days since the date of the naturalization examination.   This court also has jurisdiction under 28 U.S.C.

19  § 1361 (Mandamus Statute), 28 U.S.C. § 2201 (Declaratory Judgment Act) and 5 U.S.C. §§ 701, 704,

20  706 (1) and 555 (b) (Administrative Procedure Act).

21                            **VENUE**

22  8.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b) and § 1391 (e) because

23  defendants are employees or officers of agencies of the United States government, acting in their

                                  3

24

25

1 | official capacity and a substantial portion of the events and omissions giving rise to the claim herein

2 | occurred in this District and Plaintiff resides in this District. No real property is involved in this action.

3 | Venue also is proper because pursuant to 8 U.S.C. § 1447 (b) Plaintiff may request a hearing on the

4 | matter in the District where Plaintiff resides.

5 | ## LEGAL FRAMEWORK

6 | **9.** Federal immigration law allows persons who have been residing in the United States as lawful

7 | permanent residents to become U.S. citizens through a process known as naturalization. 8 U.S.C. §

8 | 1421 *et. Seq.,* and *Charles v. Reno,* 117 F. Supp.2d 412.

9 | 10. A person seeking naturalization must meet certain requirements including an understanding of

10 | the English language and history and civics of the United States; a sufficient period of physical

11 | presence in the United States; and good moral character. 8 U.S.C. § 1423, 1427 (a).

12 | 11. A person seeking to naturalize must submit an application for naturalization to USCIS. 8

13 | U.S.C. §1445. USCIS is the agency that is responsible for adjudicating naturalization applications. 8

14 | C.F.R. § 100.2.

15 | 12. Once an application is submitted, USCIS conducts a background investigation of each

16 | naturalization applicant. 8 U.S.C. § 1446 (a); 8 C.F.R. § 335.1.

17 | 13. According to USCIS regulations, the background investigation includes a full criminal

18 | background check performed by the FBI. 8 C.F.R. § 335.2. After the background investigation is

19 | completed, USCIS schedules a naturalization examination at which an applicant meets with a USCIS

20 | examiner who is authorized to ask questions and take testimony. The USCIS examiner must determine

21 | whether to grant or deny the naturalization application. 8 U.S.C. § 1446 (d).

22 | 14. USCIS must grant a naturalization application if the applicant has complied with all

23 | requirements for naturalization. 8 C.F.R. § 335.3.

4

24 |

25 |

1    15.    USCIS must grant or deny a naturalization application at the time of the examination or, at the

2    latest, within 120 days after the date of the examination. Section 336 (b), 8 C.F.R. § 335.3 and   8

3    U.S.C. §1447 (b).    Once an application is granted, the applicant is sworn in as a United States citizen.

4    16.    In general, congress has provided that applications for immigration benefits should be

5    adjudicated within 180 days of the initial filing of the application. 8 U.S.C. § 1571.

6    17.    When USCIS fails to adjudicate a naturalization application within 120 days of the

7    examination, the applicant may seek de novo review of the application by a district court.  8 U.S.C. §

8    1447 (b). When the applicant requests district court review, the district court gains exclusive

9    jurisdiction over the application, *United States v. Hovsepian,* 359 F.3d 1144 (9th Cir. 2004), and it may

10   naturalize the applicant. 8 U.S.C. § 1447 (b).  The applicant also may seek the district court to issue

11   writ of mandamus to compel the USCIS to adjudicate his naturalization application in accord with the

12   Federal laws. When the applicant requests writ of mandamus, the district court shall have original

13   jurisdiction. 28 U.S.C. § 1361.

14                              **CAUSE OF ACTION**

15   18.    Plaintiff is a lawful permanent resident (A# 046 260 0902) of the United States **(Exhibit 1).**

16   Plaintiff filed a N-400 Application for Naturalization with the U.S. Immigration and Naturalization

17   Service, California Service Center on June 30, 2003 **(Exhibit 3).**  The California Service Center set

18   Plaintiff's priority date to July 17, 2003 (**Exhibit 4**).  Plaintiff's finger print was taken for his

19   application on August 19, 2003.  Subsequently, he was interviewed by a USCIS service officer in San

20   Jose sub-office on April 07, 2004 and passed the tests of English and U.S. history and government

21   **(Exhibit 5).**

22   **19.**    At the time of the examination, Plaintiff has established the requisite facts for naturalization,

23   and was entitled to admission to citizenship as of right. However, no decision either to approve or deny

24                                        5

CASE NO.:                                      PETITION FOR HEARING ON NATURALIZATION APPLICATION

25

1 | Plaintiff's application was made at the examination or thereafter until today. Plaintiff's petition should
2 | have been adjudicated on April 7, 2004, right after the examination or at the latest within 120 days
3 | thereafter.

4 | 20.    Based on the letter dated August 10, 2007, from USCIS San Francisco office, however,
5 | Plaintiff was informed that his application of naturalization is still pending for the completion of all
6 | necessary background investigation **(Exhibit 2).**

7 | **21.**    Plaintiff's application for naturalization has now remained un-adjudicated for more than 3 years
8 | and 4 months from the date of examination.

9 | 22.    Defendants have sufficient information to determine Plaintiff's eligibility pursuant to
10 | applicable requirements.

11 | 23.    Defendants, in violation of 8 U.S.C. § 1446 and 8 C.F.R. § 335.3, have failed to make a
12 | determination on Plaintiff's naturalization application within 120 day period after the date of
13 | examination.

14 | 24.    Because of defendants' failure to adjudicate his naturalization application, Plaintiff Elias Girma
15 | is unable to expeditiously sponsor his spouse Milash Tadesse Gelu for lawful permanent residency,
16 | who is currently living in Ethiopia.  **(Exhibit 4)** He is also unable to travel abroad without
17 | inconvenience and fear of harassment because he does not have a U.S. passport.

18 | ### PRAYER

19 | **25.    WHEREFORE,** in view of the arguments and authority noted above, plaintiff respectfully
20 | prays that the defendants be cited to appear herein and that, upon due consideration, the court enter an
21 | order adjudicating the naturalization application. In the alternative the court may remand the matter
22 | requiring defendants to immediately adjudicate plaintiff's naturalization application. In addition,

23 |

6

24 |

25 |

1    Plaintiff requests an award of reasonable attorney's fees and costs under the Equal Access to Justice

2    Act and such other relief at law and in equity as justice may require.

3    Dated: August 31, 2007

4                                            Respectfully Submitted.

5

6

7                                            Mohammed Osman, Esq.
                                             Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

                                        7

24    CASE NO.:                                    PETITION FOR HEARING ON NATURALIZATION APPLICATION

25





**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Friday, August 10, 2007

ELIAS GIRMA
405 14TH ST SUITE 812
OAKLAND CA 94612

Dear Elias Girma:

On 08/06/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Osman, Mohammed |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/17/2003 |
| **Receipt #:** | WSC*000998314 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A462600902 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Friday, August 10, 2007

MOHAMMED OSMAN LAW OFFICE

**ATTORNEY/PARALEGAL COPY**

ELIAS GIRMA
405 14TH ST SUITE 812
OAKLAND CA 94612

Dear Elias Girma:

On 08/06/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Osman, Mohammed |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/17/2003 |
| **Receipt #:** | WSC*000998314 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A462600902 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
|---|

Write your INS "A"- number here:

A  0  4  6  2  6  0  9  0  2

A. Your current legal name.

Family Name *(Last Name)*

GIRMA

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| ELIAS | B |

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

GIRMA

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| ELIAS | BEKELE |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☑ Yes   ☐ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

GIRMA

| Given Name *(First Name)* | Full Middle Name |
|---|---|
| ELIJAH | BEKELE |

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Remarks

Action

| Part 2. Information About Your Eligibility   *(Check Only One)* |
|---|

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 07/23/02)N

| Part 3. Information About You | Write your INS "A"- number here: |
|---|---|
| | A 0 4 6 2 6 0 9 0 2 |

**A. Social Security Number**

6 0 9 - 0 8 - 2 7 4 0

**B. Date of Birth** *(Month/Day/Year)*

0 5 / 2 2 / 1 9 7 6

**C. Date You Became a Permanent Resident** *(Month/Day/Year)*

0 9 / 1 9 / 1 9 9 8

**D. Country of Birth**

ETHIOPIA

**E. Country of Nationality**

ETHIOPIA

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☑ No

G. What is your current marital status?   ☐ Single, Never Married   ☐ Married   ☑ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

---

**Part 4. Addresses and Telephone Numbers**

**A. Home Address - Street Number and Name** *(Do NOT write a P.O. Box in this space)*   Apartment Number

2080 ALUMROCK AVE   | 304

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| SAN JOSE | SANTA CLARA | CA | 95116 | |

**B. Care of**   **Mailing Address - Street Number and Name** *(If different from home address)*   Apartment Number

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

**C. Daytime Phone Number** *(If any)*

(408 ) 3096749

**Evening Phone Number** *(If any)*

( )

**E-mail Address** *(If any)*

PUSTO84@HOTMAIL.COM

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 4 6 2 6 0 9 0 2

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[✔] Male    [ ] Female

B. Height

5 Feet 11 . Ønches

C. Weight

175.0 Pounds

D. Are you Hispanic or Latino?    [ ] Yes    [✔] No

E. Race (Select one or more.)

[ ] White    [ ] Asian    [✔] Black or African American    [ ] American Indian or Alaskan Native    [ ] Native Hawaiian or Other Pacific Islander

F. Hair color

[✔] Black    [ ] Brown    [ ] Blonde    [ ] Gray    [ ] White    [ ] Red    [ ] Sandy    [ ] Bald (No Hair)

G. Eye color

[✔] Brown    [ ] Blue    [ ] Green    [ ] Hazel    [ ] Gray    [ ] Black    [ ] Pink    [ ] Maroon    [ ] Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 0 2 / 2 0 0 3 | Present |
| 598 COLUMBIA AVE., # 116 SAN JOSE CA 95126 | 0 2 / 2 0 0 2 | 1 2 / 2 0 0 2 |
| 350 NORTH LAKE AVE., #54 SAN JOSE CA 95117 | 0 6 / 1 9 9 9 | 0 1 / 2 0 0 2 |
| 1888 SOUTHWEST EXPRESSWAY #1 SAN JOSE CA 95126 | 0 9 / 1 9 9 8 | 0 5 / 1 9 9 9 |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| CONSTRUCTION PROTECTIVE SERVIC | 2315 DUNN ST HAYWARD, CA 94545 | 0 6 / 2 0 0 3 | 0 6 / 2 0 0 3 | SECURITY GUARD |
| GUARDSMARK INC | 2031 TICHY WAY SAN JOSE, CA | 0 8 / 1 9 9 9 | 0 5 / 2 0 0 2 | SECURITY GUARD |
| CASINO GARDEN CITY | 380 SARATOGA AVE SAN JOSE CA | 1 1 / 1 9 9 0 | 0 2 / 2 0 0 1 | CHIP COUNTER |
| DE ANZA COLLEGE | 21250 STEVEN CREEK BLVD CUPERTINO CA 95014 | 0 9 / 1 9 9 9 | 0 5 / 2 0 0 1 | STUDENT |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |

| Part 7.  Time Outside the United States | Write your INS "A"- number here: |
|---|---|
| *(Including Trips to Canada, Mexico, and the Caribbean Islands)* | A 0 4 6 2 6 0 9 0 2 |

A.  How many total days did you spend outside of the United States during the past 5 years? **[0]** days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? **[ ]** trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |
| _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ | ☐ Yes ☐ No | | |

## Part 8.  Information About Your Marital History

A.  How many times have you been married (including annulled marriages)? **[1]** If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*     Given Name *(First Name)*     Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*     3. Date of Marriage *(Month/Day/Year)*     4. Spouse's Social Security Number

5. Home Address - Street Number and Name     Apartment Number

City     State     ZIP Code

**Part 8. Information About Your Marital History (Continued)**

Write your INS "A"- number here:

A 0 4 6 2 6 0 9 0 2

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

_ _ / _ _ / _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*

A _ _ _ _ _ _ _ _ _

3. Spouse's Immigration Status

☐ Lawful Permanent Resident  ☐ Other

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| DEMERE | SABA | ALEMU |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | 0 6 / _ _ / 1 9 9 7 | 0 6 / 2 7 / 2 0 0 0 |
| ☑ Lawful Permanent Resident | 5. How Marriage Ended | |
| ☐ Other _____ | ☑ Divorce ☐ Spouse Died ☐ Other _____ | |

G. How many times has your current spouse been married (including annulled marriages)?  ☐ 1

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage. If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | _ _ / _ _ / _ _ _ _ | _ _ / _ _ / _ _ _ _ |
| ☐ Lawful Permanent Resident | 5. How Marriage Ended | |
| ☐ Other _____ | ☐ Divorce ☐ Spouse Died ☐ Other _____ | |

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|

Write your INS "A"- number here:
A 0 4 6 2 6 0 9 0 2

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

0

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |
| | __ / __ / ____ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No

2. Have you EVER registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

3. Have you EVER voted in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?  ☐ Yes  ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☑ No

6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☑ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A  0  4  6  2  6  0  9  0  2

## B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☐ Yes  ☑ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?    ☐ Yes  ☑ No

b. Any other totalitarian party?    ☐ Yes  ☑ No

c. A terrorist organization?    ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?    ☐ Yes  ☑ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes  ☑ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes  ☑ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your INS "A"- number here:

A  0  4  6  2  6  0  9  0  2

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☑ Yes  ☐ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☑ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☑ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| PARKING VIOLATION | 2001 | SAN JOSE, CA, USA | PAID FINE |
| PARKING VIOLATION | 01/2003 | SAN JOSE, CA, USA | PAID FINE |
| MOVING VIOLATION | 08/1999 | SAN JOSE, CA, USA | PAID FINE -TRACFFIC SCHOOL |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER:**

a. been a habitual drunkard?  ☐ Yes  ☑ No

b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☑ No

c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☑ No

d. been married to more than one person at the same time?  ☐ Yes  ☑ No

e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☑ No

f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☑ No

g. failed to support your dependents or to pay alimony?  ☐ Yes  ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☑ No

**Part 10.  Additional Questions (Continued)**

Write your INS "A"- number here:
A  0  4  6  2  6  0  9  0  2

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?   ☐ Yes  ☑ No

26. Have you EVER been removed, excluded, or deported from the United States?   ☐ Yes  ☑ No

27. Have you EVER been ordered to be removed, excluded, or deported from the United States?   ☐ Yes  ☑ No

28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation?   ☐ Yes  ☑ No

### F. Military Service

29. Have you EVER served in the U.S. Armed Forces?   ☐ Yes  ☑ No

30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☑ No

31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces?   ☐ Yes  ☑ No

32. Have you EVER deserted from the U.S. Armed Forces?   ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?   ☑ Yes  ☐ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year)  `6/16/1999`   Selective Service Number  `7 6 / 1 6 8 5 1 1 0 / 6`

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements (See Part 14 for the text of the oath)

Answer questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?   ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?   ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?   ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?   ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?   ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☑ Yes  ☐ No

| **Part 11. Your Signature** | Write your INS "A"- number here: |
| --- | --- |
| | A  0  4  6  2  6  0  9  0  2 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*

0 6 3 0 2 0  3 3

---

**Part 12. Signature of Person Who Prepared This Application for You *(if applicable)***

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
| --- | --- |
| CHI H PHAM | Chi H. Pham |

| Date *(Month/Day/Year)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
| --- | --- | --- |
| 0 6 /3 0 /2 0  0 3 | SERVICES, IMMIGRANT RIGHTS & EDUCATION NETWORK | (408 ) 2861448 |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
| --- | --- | --- | --- |
| 778 N FIRST STREET, SUITE 202 | SAN JOSE | CA | 95112 |

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me  _____       _____

Officer's Printed Name or Stamp          Date *(Month/Day/Year)*

Complete Signature of Applicant          Officer's Signature

---

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant          Complete Signature of Applicant

## THE UNITED STATES OF AMERICA

| Receipt with Exception | | | | **NOTICE DATE** July 22, 2003 |
|---|---|---|---|---|
| **CASE TYPE** N400 Application For Naturalization | | | | **INS A#** A 046 260 902 |
| **APPLICATION NUMBER** WSC*000998314 | **RECEIVED DATE** July 17, 2003 | | **PRIORITY DATE** July 17, 2003 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
ELIAS B GIRMA
2080 ALUMROCK AVE 304
SAN JOSE CA 95116

**PAYMENT INFORMATION:**

| Single Application Fee: | $310.00 |
|---|---|
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:  May 22, 1976
Address Where You Live:  2080 ALUMROCK AVE 304
SAN JOSE CA 95116

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

**IMPORTANT NOTICE:**   All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

**APPLICANT COPY**



WSC$001085215

Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER** WAC-06-141-52197 | | **CASE TYPE** I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| **RECEIVED DATE** April 3, 2006 | **PRIORITY DATE** | **PETITIONER** A046 260 902 GIRMA, ELIAS B. |
| **NOTICE DATE** April 5, 2006 | **PAGE** 1 of 1 | **BENEFICIARY** GELU, MILASH T. |

ELIAS B. GIRMA
2080 ALUMROCK AVE 304
SAN JOSE CA 95116

**Notice Type:** Receipt Notice

Amount received: $ 190.00

Section: Husband or wife of permanent
resident, 203(a)(2)(A) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N



№ 015618

## የአዲስ አበባ ከተማ አስተዳደር
## City Government Of Addis Ababa
### ኢትዮጵያ - Ethiopia





### የጋብቻ ማስረጃ
### Marriage Certificate

የክ/መ/ቁ
C.S.R.No. N1/0230/98



| | |
|---|---|
| የባል ሙሉ ስም ኤልያስ በቀለ ግርማ | የሚስት ሙሉ ስም ምላሽ ታደሰ ገሉ |
| **Full name of Husband** ELIAS BEKELE GIRMA | **Full name of Wife** MILASH TADESSE GELU |
| የእናት ሙሉ ስም ሊሊ አሰፋ | የእናት ሙሉ ስም ሀዳስ ታፈረ |
| **Full Mother's Name** LILLY ASEFA | **Full Mother's Name** HADAS TAFERE |
| የትውልድ ቀን 14/9/1968 | የትውልድ ቀን 11/5/1972 |
| **Date of Birth** 22/5/1976 | **Date of Birth** 19/1/1980 |
| የትውልድ ቦታ አዲስ አበባ | የትውልድ ቦታ ትግራይ |
| **Place of Birth** ADDIS ABABA | **Place of Birth** TIGRAY |
| ዜግነት ኢትዮጵያዊ | ዜግነት ኢትዮጵያዊ |
| **Nationality** Ethiopian | **Nationality** Ethiopian |
| አድራሻ : አሜሪካ | አድራሻ : አዲስ አበባ፣ን/ስ/ላፍቶ፣ ቀበሌ 05 ፡ የቤ/ቁ 940 |
| **Address :** 2080 ALUMROCK AUE # 304 SAN JOS CA 95159 U.S.A. | **Address :** A/A,N/S/Lafto,Keble= 05 ,H.No= 940 |

ከዚህ በላይ የተጠቀሱት ተጋቢዎች በከብር መዝገብ ሹም ፊት በ16/3/1998 የፈጸሙት ጋብቻ
በአዲስ አበባ ከተማ አስተዳደር የውልና የክብር መዝገብ ማስረጃ አገልግሎት በ16/3/1998
በክብር መዝገብ ላይ ተመዝግቦ ይህ ሕጋዊ ማስረጃ ተሰጥቷቸዋል።

This is to certify that the above mentioned spouses marriage were
concluded before an officer of civil status on 25/11/2005 and
registered on 25/11/2005 in the office of Addis Ababa City
Government Acts and Civil Status Documents Service.

Civil Status Registration Head

Officer of Civil Status

**U.S. Department of Homeland Security**
Citizenship and Immigration Service

**Naturalization Interview Results**

A#: 46 260 902

On _____ **APR 0 7 2004** _____ you were interviewed by CIS Officer WU

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ CIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. CIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _____ **A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify CIS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify CIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE July 30, 2003 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | INS A# A 046 260 902 |
| APPLICATION NUMBER WSC*000998314 | RECEIVED DATE July 17, 2003 | PRIORITY DATE July 17, 2003 | PAGE 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ELIAS B GIRMA
2080 ALUMROCK AVE 304
SAN JOSE CA 95116

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN JOSE 122 CHARCOT AVE SAN JOSE CA 95131 | 08/19/2003 12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.        APPLICANT COPY

APPLICATION NUMBER
WSC*000998314

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93) N

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

**NAME:** Girma _____ Elias _____ Bekele _____
Last      First      Middle      Suffix

**DATE OF BIRTH:** 76 __ 05 __ 22 __ **PHONE #:** (408) 309-6749
Year   Month   Day

**PLACE OF BIRTH:** Ethiopia __ **SEX: (Male or Female)** Male

**RACE:** Check the most appropriate code below:

____ American Indian or Alaskan Native    (Black)    ____ White (Hispanic also check)

____ Asian or Pacific Island      ____ Unknown

**HEIGHT:** 5 Feet 10 Inches      **WEIGHT:** 175 Pounds

**EYE COLOR:** Check the most appropriate code below:

(Black) ____Brown ____Green ____Gray ____Pink ____Hazel ____Blue ____Maroon

**HAIR COLOR:** Check the most appropriate code below:

(Black) ____Bald ____White ____Sandy ____Red ____Gray ____Blonde ____Brown

**COUNTRY OF CITIZENSHIP:** Ethiopian

**SOCIAL SECURITY NUMBER:** 609 - 08 - 2740

**ALIEN REGISTRATION NUMBER: A** 046 - 260 - 902

**LIST ANY OTHER NAMES YOU HAVE USED:**

_____
Last      First      Middle      Suffix

**RESIDENCE ADDRESS:**

2080 Alom Rock Ave #304   San Jose   CA   95116
Street number and name    Apartment #    City    State    Zip Code

**REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400):** _____

# INQUIRY FORM

U.S. Department of Homeland Security
San Jose, CA 95112



**U.S. Citizenship
and Immigration
Services**

Date:

**Alien Registration Number: A**  0  4  6  —  2  6  0  —  9  0  2

**WAC Number:**  ☐ ☐ — ☐ ☐ ☐ — ☐ ☐ ☐ ☐

Form #: _____     Date Filed: _____     Date Interviewed: **4 / 7 / 2004**

**PLEASE PRINT:**

Name  **ELIAS B. GIRMA**     Date of Birth: **05 / 22 / 1976**
                                                  Month   Day   Year

ADDRESS  **P.O. box 26532**

CITY/STATE/ZIP  **San Jose  CA  95159**     Is this a new address: YES **[X]**  NO ☐

COUNTY  **Santa Clara**

**PLEASE RETURN TO:**     **DHS / USCIS**
                          **1887 MONTEREY ROAD**
                          **SAN JOSE CA 95112**

**NOTE:** Applicant must appear in person to check his/her status or May mail inquiry to the address above:

---

## PLEASE DO NOT WRITE BELOW THIS LINE

**RESPONSE (S):**

☐  Your application/petition was granted on _____

☐  You application/petition is pending the completion of background checks (fingerprints and/or other checks). It is estimated that these checks will be completed with in the next _____ month(s).

☐  You will be scheduled for a final oath ceremony. You will be notified of the ceremony within the next 60 days.

☐  Your case is pending the receipt of additional information, which was due on _____.

☐  We have received the additional information you submitted. Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next _____ weeks.

☐  Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next _____ weeks.

☐  Your fingerprints have expired; please take the attached letter to the nearest ASC on the week indicated.

☐  Your address has been updated in our systems.

☐  Your file has been ordered from _____ please allow _____ days

☐  We have no record of your application/petition at this office. You should appear at this office within the next 30 days with evidence that you filed the application and to discuss this matter with an Immigration Information Officer.

☐  Other: _____