| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE September 04, 2007 |
| Name of SERVER Mohammed A. Osman | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☑   Other *(specify):* By Certified Mail in the address below:
Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *Sept. 4, 2007*
          Date

Signature of Server:   *Mohammed Ali*

Address of Server:
405 14th Street, Suite 812
Oakland, CA 94612

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.84 | 0009 |
| Certified Fee | $2.65 | 17 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.49 | 09/04/2007 |

7007 1490 0002 2114 0279

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: 450 Golden Gate Avenue
City, State, ZIP+4: P.O. Box 36055 San Francisco, CA 94102

PS Form 3800, August 2006    See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 2114 0279**
Status: **Delivered**

Your item was delivered at 10:43 AM on September 5, 2007 in SAN FRANCISCO, CA 94102.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

