# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: September 04, 2007

Name of SERVER: Mohammed A. Osman

TITLE:

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify):* By Certified Mail in the address below:
Christina Poulos
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 4, 2007
Date

Signature of Server: Mohammed A.O.

Address of Server: 405 14th Street, Suite 812, Oakland, CA 94612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20529

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $4.60 | 0009 |
| Certified Fee | $2.65 | 17 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.25 | 09/04/2007 |

Sent To: Christina Poulos, Office of General Counsel
Street, Apt. No.; or PO Box No.: USDHS
City, State, ZIP+4: Washington, DC 20528

7007 1490 0002 2114 7220

PS Form 3800, August 2006    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 2114 0231**
Status: **Delivered**

Your item was delivered at 11:16 AM on September 10, 2007 in WASHINGTON, DC 20528.

(Additional Details >)  (Return to USPS.com Home >)

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

