1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 ELIAS B. GIRMA,                        )
                                          )  No. C 07-4527 EDL
13              Plaintiff,                )
                                          )
14         v.                             )  **PARTIES' CONSENT TO MAGISTRATE**
                                          )  **JUDGE JURISDICTION**
15 DAVID STILL, in his official capacity as )
   Director, U.S. Citizenship and Immigration )
16 Services, San Francisco District; MICHAEL )
   CHERTOFF, in his official capacity as Secretary )
17 of the Department of Homeland Security; Dr. )
   EMILIO T. GONZALEZ, in his official capacity )
18 as Director of U.S. Citizenship and Immigration )
   Services; and CHRISTINA POULOS, in her )
19 official capacity as Director of U.S. Citizenship )
   and Immigration Services, California Service )
20 Center,                                )
                                          )
21              Defendants.               )
                                          )
22

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

24 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

25 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

26 final judgment.

27 ///

28

Consent to Magistrate Jurisdiction
C07-4527 EDL                              1

1  Date: October 23, 2007					Respectfully submitted,

2								SCOTT N. SCHOOLS
								United States Attorney
3

4
								_____/s/_____
5								EDWARD A. OLSEN
								Assistant United States Attorney
6								Attorneys for Defendants

7

8

9								_____/s/_____
  Date: October 23, 2007					MOHAMMED OSMAN
10								Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C07-4527 EDL					2