1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 ELIAS B. GIRMA,                          )
                                            ) No. C 07-4527 EDL
13                Plaintiff,                )
                                            )
14        v.                                )
                                            ) **STIPULATION TO DISMISS**
15 DAVID STILL, in his official capacity as ) **and [PROPOSED] ORDER**
   Director, U.S. Citizenship and Immigration )
16 Services, San Francisco District; MICHAEL )
   CHERTOFF, in his official capacity as Secretary )
17 of the Department of Homeland Security; Dr. )
   EMILIO T. GONZALEZ, in his official capacity )
18 as Director of U.S. Citizenship and Immigration )
   Services; and CHRISTINA POULOS, in her )
19 official capacity as Director of U.S. Citizenship )
   and Immigration Services, California Service )
20 Center,                                  )
                                            )
21                Defendants.               )
                                            )
22

23    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

27 adjudicate such applications within 30 days of the dismissal of this action.

28    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-4527 EDL                                       1

1  Date: October 23, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             EDWARD A. OLSEN
                                              Assistant United States Attorney
6                                             Attorneys for Defendants

7

8

9                                             _____/s/_____
   Date: October 23, 2007                    MOHAMMED OSMAN
10                                            Attorney for Plaintiff

11
                                **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:
15                                            _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
16

Stipulation to Dismiss
C07-4527 EDL                                  2