1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 ELIAS B. GIRMA,                            )
                                              ) No. C 07-4527 EDL
13              Plaintiff,                    )
                                              )
14       v.                                   )
                                              ) **STIPULATION TO DISMISS**
15 DAVID STILL, in his official capacity as   ) **and [PROPOSED] ORDER**
   Director, U.S. Citizenship and Immigration )
16 Services, San Francisco District; MICHAEL  )
   CHERTOFF, in his official capacity as Secretary )
17 of the Department of Homeland Security; Dr. )
   EMILIO T. GONZALEZ, in his official capacity )
18 as Director of U.S. Citizenship and Immigration )
   Services; and CHRISTINA POULOS, in her    )
19 official capacity as Director of U.S. Citizenship )
   and Immigration Services, California Service )
20 Center,                                    )
                                              )
21              Defendants.                   )
                                              )
22

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

27 adjudicate such applications within 30 days of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-4527 EDL                                  1

1  Date: October 23, 2007                    Respectfully submitted,

2                                            SCOTT N. SCHOOLS
                                             United States Attorney
3

4
                                             ____/s/_____
5                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
6                                            Attorneys for Defendants

7

8

9                                            ____/s/_____
   Date: October 23, 2007                    MOHAMMED OSMAN
10                                           Attorney for Plaintiff

11
                                  **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:  October 24, 2007
15                                           _____
                                             ELIZABETH D. LAPORTE
16                                           United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4527 EDL                      2